# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

ERNEST FLETCHER,                                   **Civil File No. 08-00971-REL**

       Plaintiff,

vs.                                                       **NOTICE OF DISMISSAL**
                                                              **WITH PREJUDICE**

WEST ASSET MANAGEMENT, INC.,

       Defendant.

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: _02/02/09_                           __/s/ J. Mark Meinhardt__
                                                          J. Mark Meinhardt #53501
                                                          4707 College Boulevard, Suite 100
                                                          Leawood, KS 66211
                                                          913-451-6163
                                                          Fax 913-451-6163