IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| ERNEST FLETCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 08-00971-CV-W-REL |
| | ) | |
| WEST ASSET MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the court is Plaintiff's Notice of Dismissal With Prejudice (Doc. No. 4). In accordance with Federal Rule of Civil Procedure 41(a)(1)(a)(i), it is

ORDERED that this action is dismissed with prejudice.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
February 3, 2009